--------- Original Message ---------
Subject: RE: Trades
From: "Watson, David" <David.Watson@thompsonhine.com>
Date: 4/4/19 3:16 pm
To: "Christopher Melton" <cmelton@callegroinvestments.com>, "Miller, Julia" <Julia.Miller@thompsonhine.com>, "Farinacci, Emily" <Emily.Farinacci@thompsonhine.com>
Cc: "Mahesh Shetty" <mshetty@sgblocks.com>

Chris –

Per the Insider Trading Policy, you need to formally pre-clear this with Mahesh. Assuming (1) you've done that; and (2) you've got no material non-public information (I don't know why you would but just to say it), you can trade.

David

**David Watson**| Partner | **Thompson Hine LLP**
3900 Key Center, 127 Public Square | Cleveland, Ohio 44114
**O:** 216.566.5598 | **M:** 216.533.0240
**F:** 216.566.5800 |www.ThompsonHine.com

David.Watson@ThompsonHine.com

**From:** Christopher Melton [mailto:cmelton@callegroinvestments.com]
**Sent:** Thursday, April 04, 2019 3:05 PM
**To:** Watson, David; Miller, Julia; Farinacci, Emily
**Cc:** Mahesh Shetty
**Subject:** Trades

**CAUTION EXTERNAL EMAIL**

Hi all, am I clear to buy a few shares today or tomorrow , thinking 1-2000.

Christopher M Melton

Principal

Callegro Investments

843-642-1110