UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MAHESH SHETTY,

    Plaintiffs

— against —

SG BLOCKS, INC. and PAUL GALVIN,

    Defendants.

**20-CV-550 (ARR) (MMH)**

**Opinion & Order**

**Not for electronic or print publication**

ROSS, United States District Judge:

    This Court has received the Report and Recommendation on the instant case dated December 6, 2021 from the Honorable Marcia M. Henry, United States Magistrate Judge. No objections have been filed. The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-CV-874 (CBA)(LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-CV-0371 (LDH)(LB), 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)). Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Accordingly, I deny parties' Motion for Settlement without prejudice and with leave to renew. Parties are directed to submit a revised motion, as well as a revised and fully executed agreement by January 3, 2022.

SO ORDERED.

2

_____/s/_____
Allyne R. Ross
United States District Judge

Dated:         December 29, 2021
               Brooklyn, New York