UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------------------- X
:
: 20-CV-550 (ARR) (MMH)
MAHESH SHETTY, :
:  NOT FOR ELECTRONIC
Plaintiff, : OR PRINT PUBLICATION
:
-against- : ORDER
:
:
SG BLOCKS, INC. and PAUL GALVIN, :
:
Defendants. :
--------------------------------------------------------------------- X

ROSS, United States District Judge:

    The court has received the Report and Recommendation on the instant case dated January 15, 2022, from the Honorable Marcia M. Henry, United States Magistrate Judge. The deadline for filing objections has passed and no objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

    Therefore, plaintiff's revised motion for settlement approval is granted.

SO ORDERED.

                                                                                    /s/
                                                                            Allyne R. Ross
                                                                            United States District Judge

Dated:      February 8, 2022
              Brooklyn, New York